# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

151454

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD WAYNE ARNOLD,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151454
COA: 324489
Bay CC: 03-010439-FH

_____/

On order of the Court, the application for leave to appeal the March 12, 2015 order of the Court of Appeals is considered. With regard to the defendant's claim of new evidence, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). In all other respects, leave to appeal is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk

p0525